UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-22478-CIV-UNGARO

APRIL BLAGROVE, and others similarly situated,

    Plaintiffs,

v.

TACTICAL PROTECTION CORP. and MARLON A. ENAMORANDO,

    Defendants.
_____/

## ORDER GRANTING IN PART FOR ENLARGEMENT OF TIME

THIS CAUSE is before the Court upon Plaintiff's Motion for Enlargement of Time to File Joint Scheduling Report, filed November 7, 2008 (D.E. 6).

THE COURT has considered the pertinent portions of the record, and is otherwise fully advised in the premises.  Pursuant to this Court's October 9, 2008 Order the <u>parties are jointly responsible</u> for filing their Joint Scheduling Report no later than November 7, 2008.  Plaintiff has requested a two-week extension of time to allow Defendant Marlon Enaorando's counsel time to review Plaintiff's proposed Joint Planning and Scheduling Report and provide comments.  It is

ORDERED and ADJUDGED that Plaintiff's Motion is GRANTED IN PART.  The parties shall file their Joint Planning and Scheduling Report no later than **Wednesday, November 12, 2008 at noon.**

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of November, 2008.

*Ursula Ungaro*

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record